**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

MIA TUCKER                                     CIVIL ACTION NO. 26-0353

VERSUS                                         JUDGE S. MAURICE HICKS, JR.

KEVIN MCCLANAHAN                               MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 12th day of June, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE